IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
FAYETTEVILLE DIVISION

UNITED STATES OF AMERICA

v.                                                              Criminal No. 5:14CR50015-001

MICHAEL PANKEY

### FINAL ORDER OF FORFEITURE

On May 12, 2014, the Court entered a Preliminary Order of Forfeiture in this case in accordance with Fed.R.Crim. P. 32.2(b). (Doc. 13). In the Preliminary Order of Forfeiture, Apple iPhone, serial number C7GKC3NLDP0N; Hewlett Packard laptop computer, serial number 2UA7O5OMT6; and Western Digital Hard Drive, serial number WCAV2L672109 were forfeited to the United States pursuant to 18 U.S.C. § 2253.

The United States was required to publish notice of this order pursuant to Fed.R.Crim. P. 32.2(b)(6) and 18 U.S.C. § 982(b)(1), incorporating by reference 21 U.S.C. § 853(n)(1). On June 16, 2014, an attorney for the United States filed a Notice of Proof of Publication, showing that for 30 days, notice of the Court's Preliminary Order of Forfeiture was advertised on www.forfeiture.gov. Deadline for filing claims was July 12, 2014. No third party claims have been filed.

Pursuant to Fed. R. Crim. P. 32.2(b)(4), a Preliminary Order of Forfeiture becomes final as to a defendant at sentencing.

Accordingly it is hereby ORDERED, DECREED, AND ADJUDGED:

1

1. That based upon the guilty plea and the plea agreement of the parties, pursuant to Fed. R. Crim. P. 32.2(b)(4), the Preliminary Order of Forfeiture entered on May 12, 2014, shall become final at this time.

IT IS SO ORDERED this 15th day of October, 2014.

/s/ J.L.B.
HONORABLE TIMOTHY L. BROOKS
UNITED STATES DISTRICT JUDGE